**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOHN E. BOISE, JR.,

Plaintiff,

v.

CHARTWELL PHARMACEUTICALS LLC,

Defendant.

Case No. 1:25-cv-8407
Hon. Lewis J. Liman

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

IT IS HEREBY STIPULATED and agreed, by and between counsel for the above-captioned parties, through their respective undersigned attorneys, that Plaintiff withdraws the allegations in the Complaint and this action is hereby dismissed with prejudice in its entirety, without costs to any party. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
8/18, 2026

BARBER LAW, LLC

By: ______________________
Patrick Lucignani
plucignani@barberandpapa.com
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 297-6136
*Attorneys for Plaintiff*

Dated: New York, New York
8/19, 2026

KELLEY DRYE & WARREN LLP

By: ______________________
Clifford Katz
ckatz@kelleydrye.com
3 World Trade Center
175 Greenwich Street
New York, NY 10007
(212) 808-7800
*Attorneys for Defendant*

SO ORDERED.

______________________
LEWIS J. LIMAN
United States District Judge

Dated: August 26, 2026